# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00768-CV

**Rita Mary Gause, Appellant**

**v.**

**Thomas X. Gause, Appellee**

**FROM THE DISTRICT COURT OF FAYETTE COUNTY, 155TH JUDICIAL DISTRICT
NO. 2007V-291-A, HONORABLE GLADYS M. OAKLEY, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

Counsel for appellant Rita Mary Gause has filed a fifth motion for extension of time to file appellant's brief, requesting that the deadline be extended to May 21, 2014. We grant the motion. No further extensions of time will be granted. Failure to file the brief by the deadline may result in the dismissal of this appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

It is ordered April 24, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose